Judge Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>ERIC L. MIDDLETON and<br>VAL J. WILLIAMS,<br><br>             Defendants. | NO.   CR 12-5129RJB<br><br>PROTECTIVE ORDER |

This matter, having come before the Court on a Stipulated Motion for Entry of a Protective Order, the Court hereby enters the following:

**PROTECTIVE ORDER**

The personal information related to any victims or witnesses, and any document containing personal information related to any victims or witnesses, provided by the government in discovery is deemed Protected Material. As used in this Order, the term "personal information" refers to each victim or witness's credit card numbers, debit card numbers, date of birth, Social Security number, driver's license number, bank account numbers, address, telephone number, location of employment, and other contact information.

Possession of Protected Material is limited to the attorneys of record in the above captioned case and members of the prosecution team (professional staff, investigators, and retained experts) and members of the defense team assigned to assist with this case (professional staff, investigators, and retained experts). The attorneys of record and the prosecution and defense team may not provide copies of the Protected Material to any other person, including

any Defendant in this case. This order, however, does not prohibit the attorneys of record and members of the prosecution and defense teams from reviewing or discussing the contents of documents containing Protected Material with the Defendants, victims and/or prospective witnesses. However, they may not provide a copy of a document containing Protected Material or share personal information of other victims or witnesses with a different victim or prospective witness.

The attorneys of record, the prosecution team, and the defense team shall keep any Protected Material secured whenever the Protected Material is not being used in furtherance of their work in the above captioned case. The parties agree that this Protective Order may be modified, as necessary, by filing with the Court a Stipulated Motion to Modify the Protective Order.

Violation of this Protective Order shall submit the violator to contempt of Court or any monetary or other sanctions deemed appropriate by the Court.

DATED this 13th day of April, 2012.

Robert J Bryan
United States District Judge

Presented by:

*/s/Brian D. Werner*
BRIAN D. WERNER
Assistant United States Attorney