# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,
Plaintiff,

vs.

VAL J. WILLIAMS.,
Defendant.

Case No. CR12-5129RJB

**ORDER DETAINING DEFENDANT**

This matter comes before the court on the Petition of the U.S. Probation office alleging that the defendant violated the conditions of pre-trial supervision by failing to submit to drug testing on July 24, 2011, and July 30, 2012 as requested by his supervising officer.

The plaintiff appeared through Assistant United States Attorney Brian Werner. The defendant appeared personally with Federal Public Defender Russell Leonard (standing in for CJA counsel, John Lundin with court approval). After being advised of his rights, defendant acknowledged the violation.

Having accepted the defendant's acknowledgment, and finding the defendant to be in violation of his supervision, the court heard extensively from both counsel, Michael Markham of U.S. Probation, and the defendant. The court concludes that defendant's ongoing difficulty complying with supervision, makes it unlikely to believe that he would be in compliance if released. Accordingly,

IT IS HEREBY ORDERED that defendant be committed to the custody of the U.S. Attorney and/or the U.S. Marshal for confinement in corrections facility pending further direction from the court.

August 13, 2012

*/s/ J. Kelley Arnold*

Order - 1