

12-CR-05129-ORD

Judge Robert J. Bryan

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 12-5129RJB |
| vs. | [~~PROPOSED~~] ORDER SEALING DEFENDANT WILLIAM'S MEMORANDUM RE CONTINUANCE |
| VAL J. WILLIAMS | |
| Defendant. | |

Pursuant to CrR32(c)(1)(A), Local Rules W.D. of Wash, the motion of Defendant Williams to seal his Memorandum to Continue is hereby GRANTED.

DATED this 18th day of March, 2013.

Robert J. Bryan
U.S. District Judge

Order Sealing Memo to Continue Trial

- 1 -

Law Offices of John W. Lundin, P.S
710 Cherry Street
Seattle WA 98104
(206) 623-8346